

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00784-CV

**KARGES-FAULCONBRIDGE, INC.**,
Appellant

v.

Keath **GARRISON** and Kassie Garrison,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of this appeal assessed against appellant Karges-Faulconbridge, Inc.

SIGNED December 11, 2019.

_____
Luz Elena D. Chapa, Justice